IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALICIA OWENS WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-CV-978-WKW |
| | ) | [WO] |
| THE MONTGOMERY COUNTY | ) | |
| BOARD OF EDUCATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On April 22, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 11.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation (Doc. # 11) is ADOPTED.

(2) Plaintiff's Motion for Preliminary Injunction (Doc. # 1) is DENIED.

(3) This case is referred back to the Magistrate Judge for further proceedings.

DONE this 25th day of May, 2021.

/s/ W. Keith Watkins
United States District Judge