IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICIA OWENS WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:20-CV-978-WKW |
| | )                [WO] |
| THE MONTGOMERY COUNTY | ) |
| BOARD OF EDUCATION, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On January 25, 2022, the Magistrate Judge filed a Recommendation (Doc. # 39) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 39) is ADOPTED.

2. Defendant Mary Phelan-Jackson's Motion to Dismiss (Doc. # 30) is GRANTED, and Plaintiff's claims against Defendant Mary Phelan-Jackson are DISMISSED without prejudice.

DONE this 10th day of February, 2022.

　　　　　　　　　　　　　　　　　　/s/   W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE