IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICIA OWENS WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-978-WKW |
| ) | [WO] |
| THE MONTGOMERY COUNTY ) | |
| BOARD OF EDUCATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 58) to which Plaintiff has filed an Objection (Doc. # 59). Based upon a *de novo* review of the record, 28 U.S.C. § 636(b), the court finds that the Objection lacks merit. Accordingly, it is ORDERED as follows:

(1) Plaintiff's Objection (Doc. # 59) is OVERRULED.

(2) The Recommendation (Doc. # 58) is ADOPTED.

(3) Defendants Moore, Pitts-Gillis, and Johnston's motion for judgment on the pleadings (Doc. # 48) is GRANTED, and all of Plaintiff's claims against them are DISMISSSED with prejudice.

(4) The Montgomery County Board of Education's motion for judgment

on the pleadings (Doc. # 52) is DENIED as to Counts I, II, and III of Plaintiff's complaint but is GRANTED as to Count IV and V. Counts IV and V against the Board are DISMISSED with prejudice.

(5)     This action proceeds solely on the claims asserted against the Montgomery County Board of Education in Counts I, II, and III of Plaintiff's complaint.

DONE this 14th day of August, 2023.

                                        /s/ W. Keith Watkins  
                                  UNITED STATES DISTRICT JUDGE